UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHNSON, GEORGE H | § | Case No. 05-48548 PSH |
| JOHNSON, LENNISE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/11/2011 in Courtroom 644,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2010            By: /s/ Frances Gecker
                                        Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| JOHNSON, GEORGE H | § | Case No. 05-48548 PSH |
| JOHNSON, LENNISE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 176,996.21 |
| and approved disbursements of | $ | 50,697.37 |
| leaving a balance on hand of[1] | $ | 126,298.84 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Frances Gecker | $ 12,099.40 | $ 0.00 | $ 12,099.40 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 4,084.40 | $ 0.00 | $ 4,084.40 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 22.29 | $ 0.00 | $ 22.29 |
| Other: FRANK/GECKER LLP | $ 19,360.00 | $ 0.00 | $ 19,360.00 |
| Other: FRANK/GECKER LLP | $ 118.99 | $ 0.00 | $ 118.99 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 35,685.08 |
| Remaining Balance | $ 90,613.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,207.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Recovery Management Systems Corporation | $ 763.41 | $ 0.00 | $ 763.41 |
| 000002 | Roundup Funding, LLC | $ 1,019.14 | $ 0.00 | $ 1,019.14 |
| 000003 | The Collins Law Firm | $ 2,084.73 | $ 0.00 | $ 2,084.73 |
| 000004 | American Express Travel Related Services Co, Inc | $ 1,626.44 | $ 0.00 | $ 1,626.44 |
| 000005 | American Express Travel Related Services Co, Inc | $ 750.00 | $ 0.00 | $ 750.00 |
| 000006 | American Express Travel Related Svcs Co Inc Corp C | $ 2,348.11 | $ 0.00 | $ 2,348.11 |
| 000007 | LVNV Funding LLC its successors and assigns as | $ 9,681.21 | $ 0.00 | $ 9,681.21 |
| 000008 | LVNV Funding LLC its successors and assigns as | $ 2,475.43 | $ 0.00 | $ 2,475.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | eCAST Settlement Corporation assignee of | $ 459.25 | $ 0.00 | $ 459.25 |
| 000010 | Portfolio Recovery Associates, LLC. | $ 238.01 | $ 0.00 | $ 238.01 |
| 000011 | Portfolio Recovery Associates, LLC. | $ 5,762.21 | $ 0.00 | $ 5,762.21 |

Total to be paid to timely general unsecured creditors        $ 27,207.94

Remaining Balance        $ 63,405.82

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 224,174.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | CARRINGTON MORTGAGE SERVICES, LLC | $ 224,174.57 | $ 0.00 | $ 57,780.37 |

Total to be paid to subordinated unsecured creditors        $ 57,780.37

Remaining Balance        $ 5,625.45

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.1 % pursuant to 11 U.S.C. § 726(a)(5). Fund available for interest are $ 5,625.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

                          Prepared By: /s/Frances Gecker
                                                Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                Page 1 of 2                  Date Rcvd: Nov 18, 2010
Case: 05-48548                 Form ID: pdf006             Total Noticed: 50

The following entities were noticed by first class mail on Nov 20, 2010.
db/jdb        +George H Johnson,   Lennise Johnson,    716 East 72nd Street,    Chicago, IL 60619-1208
aty           +Zane L Zielinski,   Frank/Gecker LLP,    325 N. LaSalle,   Suite 625,    Chicago, IL 60654-6465
11963410       American Express Travel Related Services Co, Inc,   c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
10090557       American Express Travel Related Svcs Co Inc Corp C,   c/o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
10090558      +American General,    2313 W 95th St,    Chicago, IL 60643-1003
10090560       Ashley Stewart,    P.O. Box 659705,    San Antonio, TX 78265-9705
10090561      +Avenue,   P.O. Box 659584,    San Antonio, TX 78265-9584
10090563       BP Amoco,   Processing Center,    Des Moines, IA 50360-6600
10090562       Best Buy,   Retail Services,    PO Box 17298,   Baltimore, MD 21297-1298
15569709      +CARRINGTON MORTGAGE SERVICES, LLC.,    1610 East St. Andrew Place,    Suite B150,
                Santa Anna CA 92705-4931
10090565     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    Department 122701,    PO Box 55000,
                Detroit, MI 48255)
10090564      +Capital One,    P.O. Box 790217,    Saint Louis, MO 63179
10090566      +College Parnership Inc.,    c/o 800 Federal St.,    Andover, MA 01810-1067
10090567      +Comcast,   c/c Credit Protection Assoc,    P.O. Box 3002,    Southeastern, PA 19398-3002
10090568      +Credit Collection Services,    P.O. Box 55126,    Boston, MA 02205-5126
10090569       Dress Barn,    PO Box 659704,    San Antonio, TX 78265-9704
10090570      +ERS,   500 SW 7th St., #A100,    PO Box 9004,   Renton, WA 98057-9004
10090571      +Financial Pacific Leasing,    P.O. Box 4568,    Federal Way, WA 98063-4568
10090555      +George H Johnson,   Lennise Johnson,    716 East 72nd Street,    Chicago, IL 60619-1208
10090574      +HSBC Retail,    P.O. Box 5244,    Carol Stream, IL 60197-5244
10090572      +Harbor Finance Mortgage Corp.,    340 Sam Houston Parkway East,    Suite 100,
                Houston, TX 77060-3321
10090573       Homecoming Financial Network, Inc,    1160 Centre Pointe Dr,    Saint Paul, MN 55120-1270
10090575      +Jessica London,    P.O. Box 659728,    San Antonio, TX 78265-9728
10090576       Marshall Field’s,    PO Box 94578,    Cleveland, OH 44101-4578
10090577      +Merchant’s Credit Guide,    223 W. Jackson Blvd.,    Chicago, IL 60606-6993
10090579      +Orchard Bank,    PO Box 88000,    Baltimore, MD 21288-0001
12043678     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,
                c/o Encyclopedia Britannica Account,    POB 41067,   NORFOLK VA 23541)
12043679     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,   c/o Wells Fargo Bank Nevada,
                POB 41067,    NORFOLK VA 23541)
10090580       Providian National Bank,    P.O. Box 9539,    Manchester, NH 03108
10090556      +Richard J. Waple,    Legal Helpers, PC,   20 W. Kinzie,    13th Floor,   Chicago, IL 60654-6392
10090581       Roaman’s,    PO Box 659728,    San Antonio, TX 78265-9728
10090582       Sears,    PO Box 182149,    Columbus, OH 43218-2149
10090583      +Southwestern Bell,    PO Box 930170,    Dallas, TX 75393-0170
10090584       Taylor, Bean and Whitaker,    44 S. Summit Ave.,    Villa Park, IL 60181
10090585      +The Collins Law Firm,    1770 North Park Street,    Suite 200,   Naperville, IL 60563-5432
10090586      +Trustmark Recovery Services,    541 Otis Bowen Dr.,    Munster, IN 46321-4158
10090587      +University of Chicago Hospitals,    1122 Paysphere Circle,    Chicago, IL 60674-0001
10090588       Visa,   PO Box 77043,    Madison, WI 53707
10090590      +Wells Fargo,    P.O. Box 522,   Des Moines, IA 50306-0522
10090591      +Zwicker & Associates PC,    800 Federal Street,    Andover, MA 01810-1067
11979683       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 18, 2010.
tr            +E-mail/Text: csmith@fgllp.com                           Frances Gecker,    325 North LaSalle Street,
                Suite 625,   Chicago, IL 60654-6465
10090559      +E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda,    PO Box 660670,
                Dallas, TX 75266
12597700      +E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2010 02:44:56      Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11970754       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11970775       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12597701       E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2010 02:44:52
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
11816505      +E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2010 02:44:58
                Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11824832       E-mail/PDF: BNCEmails@blinellc.com Nov 19 2010 02:40:48      Roundup Funding, LLC,    MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
10090589       E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2010 02:31:27      Wal Mart,    PO Box 960023,
                Orlando, FL 32896-0023
                                                                                              TOTAL: 9
```

```
District/off: 0752-1          User: rgreen               Page 2 of 2            Date Rcvd: Nov 18, 2010
Case: 05-48548                Form ID: pdf006            Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
10090578     ##+Nuvell Credit Corporation,   c/o Nuvell Financial Services Corp.,   PO Box 7100,
               Little Rock, AR 72223-7100
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2010**                    **Signature:**    _/s/ Joseph Speetjens_