# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHNSON, GEORGE H | § | Case No. 05-48548 PSH |
| JOHNSON, LENNISE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| HAUSEL, RAPPIN AND OLSWANG | | | | | |
| STEVEN R. RAPPIN | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ashley Stewart | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avenue | | | | | |
| | BP Amoco | | | | | |
| | Best Buy | | | | | |
| | Capital One | | | | | |
| | College Partnership Inc. | | | | | |
| | Comcast | | | | | |
| | Credit Collection Services | | | | | |
| | Dress Barn | | | | | |
| | ERS | | | | | |
| | Financial Pacific Leasing | | | | | |
| | Jessica London | | | | | |
| | Marshall Field's | | | | | |
| | Merchant's Credit Guide | | | | | |
| | Orchard Bank | | | | | |
| | Providian National Bank | | | | | |
| | Roaman's | | | | | |
| | Sears | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwestern Bell | | | | | |
| | Trustmark Recovery Services | | | | | |
| | University of Chicago Hospitals | | | | | |
| | Visa | | | | | |
| | Wal Mart | | | | | |
| | Zwicker & Associates | | | | | |
| 000004 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000005 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000006 | AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000007 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000008 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 000001 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000002 | ROUNDUP FUNDING, LLC | | | | | |
| 000003 | THE COLLINS LAW FIRM | | | | | |
| 000012 | CARRINGTON MORTGAGE SERVICES, LLC | | | | | |
| | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| | AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| | ROUNDUP FUNDING, LLC | | | | | |
| | THE COLLINS LAW FIRM | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 05-48548 | PSH | Judge: Pamela S. Hollis |
|---|---|---|---|
| Case Name: | JOHNSON, GEORGE H | | |
| | JOHNSON, LENNISE | | |
| For Period Ending:  03/31/11 | | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 10/11/05 (f) |
| 341(a) Meeting Date: | 12/13/05 |
| Claims Bar Date: | 03/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate<br>    716 E. 72nd Street, Chicago, IL<br>    Debtor Claimed Exemption | 105,000.00 | 0.00 | | 50,000.00 | FA |
| 2. Real Estate<br>    Timeshare:  Harbour Vacations Club.  4800 Scottsdale Rd., 4th Fl.,<br>    Scottsdale, AZ  82251 | 5,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT<br>    Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT<br>    Savings Account with TCF Bank<br>    Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS<br>    Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS/COLLECTIBLES<br>    Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL<br>    Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY<br>    Debtor Claimed Exemption | 75.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 05-48548   PSH   Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, GEORGE H | Date Filed (f) or Converted (c): | 10/11/05 (f) |
|  | JOHNSON, LENNISE | 341(a) Meeting Date: | 12/13/05 |
|  |  | Claims Bar Date: | 03/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. INSURANCE POLICIES  Debtor Claimed Exemption | 0.00 | 0.00 |  | 0.00 | FA |
| 10. INSURANCE POLICIES  Met Life, Individual Term Life, no cash surrender value. | 0.00 | 0.00 |  | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 |  | 0.00 | FA |
| 12. RETIREMENT PLANS  Wife's Pension through employer  Debtor Claimed Exemption | 50,000.00 | 0.00 |  | 0.00 | FA |
| 13. CONTINGENT CLAIMS  Balance owed to debtors from the sale of a building located at  5025-5207 S Prairie, Chicago, IL 60615.  Debtor Claimed Exemption | 85,000.00 | 79,500.00 | DA | 0.00 | FA |
| 14. VEHICLES  2001 Honda CRV  Debtor Claimed Exemption | 8,565.00 | 0.00 |  | 0.00 | FA |
| 15. VEHICLES  2005 Chrysler Town & Country | 8,480.00 | 0.00 | DA | 0.00 | FA |
| 16. VEHICLES | 5,570.00 | 0.00 |  | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   3

Exhibit 8

| Case No: | 05-48548   PSH   Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
| Case Name: | JOHNSON, GEORGE H | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | JOHNSON, LENNISE | 341(a) Meeting Date: | 12/13/05 |
| | | Claims Bar Date: | 03/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2001 Mitsubishi Eclipse | | | | | |
| 17. VEHICLES | 900.00 | 0.00 | | 0.00 | FA |
|    1993 Chrysler Town & Country | | | | | |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 302.21 | Unknown |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. Real Estate (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
|    1239 S. Lawndale, Chicago, IL | | | | | |
| 21. Real Estate (u) | 0.00 | 80,000.00 | | 76,694.00 | FA |
|    1234 S. Lawndale, Chicago, IL | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $270,565.00 | $210,500.00 | | $176,996.21 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE AND ALL FUNDS HAVE BEEN DISTRIBUTED AS OF 1/14/11.

Initial Projected Date of Final Report (TFR): 06/01/09      Current Projected Date of Final Report (TFR): 11/01/10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-48548   PSH   Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
| Case Name: | JOHNSON, GEORGE H | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | JOHNSON, LENNISE | 341(a) Meeting Date: | 12/13/05 |
| | | Claims Bar Date: | 03/14/08 |

/s/   Frances Gecker
_____ Date: 04/15/11
FRANCES GECKER

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-48548 -PSH | Trustee Name: | Frances Gecker |
| Case Name: | JOHNSON, GEORGE H | Bank Name: | BANK OF AMERICA |
| | JOHNSON, LENNISE | Account Number / CD #: | *******5078  MONEY MARKET |
| Taxpayer ID No: | *******6070 | | |
| For Period Ending: | 03/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/07 | 20 | Residential Title Services, Inc.<br>Illinois Escrow Account<br>1910 S. Highland Ave., Suite 150<br>Lombard, IL  60148 | Mortgage Payoff | 1210-000 | 50,000.00 | | 50,000.00 |
| 12/31/07 | 18 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 12.21 | | 50,012.21 |
| 01/31/08 | 18 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 19.82 | | 50,032.03 |
| 02/05/08 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 45.39 | 49,986.64 |
| 02/08/08 | 001001 | Steven R. Rappin<br>Hauselman, Rappin & Olswang, Ltd<br>39 S. LaSalle, Suite 1105<br>Chicago, IL  60603 | Per Order dated 2/7/08 | 3220-000 | | 2,000.00 | 47,986.64 |
| 02/29/08 | 18 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 11.57 | | 47,998.21 |
| 03/31/08 | 18 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 11.34 | | 48,009.55 |
| 04/30/08 | 18 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 9.84 | | 48,019.39 |
| 05/30/08 | 18 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 6.09 | | 48,025.48 |

Page Subtotals         50,070.87         2,045.39

Ver: 16.02a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-48548  -PSH | |
| Case Name: | JOHNSON, GEORGE H | |
| | JOHNSON, LENNISE | |
| Taxpayer ID No: | *******6070 | |
| For Period Ending: | 03/31/11 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5078  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/19/08 | 21 | First American Trust<br>5 First American Way<br>Santa Ana, CA | Settlement re: foreclosed mortgage | 1210-000 | 76,694.00 | | 124,719.48 |
| 06/25/08 | 001002 | Hausel, Rappin and Olswang | Per Order dated 6/19/08 | 3210-000 | | 29,821.00 | 94,898.48 |
| 06/30/08 | 18 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 8.29 | | 94,906.77 |
| 07/31/08 | 18 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 14.65 | | 94,921.42 |
| 08/29/08 | 18 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 20.09 | | 94,941.51 |
| 09/15/08 | 1 | Ticor Title Insurance Company<br>601 Riverside Ave.<br>Bldg. 5, 4th Floor<br>Jacksonville, FL  32204 | Resolution of Stay Violation | 1110-000 | 50,000.00 | | 144,941.51 |
| 09/19/08 | 001003 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60610 | Per Court Order dated 9/18/08<br>First Interim Fee App<br><br>Fees          18,434.50<br>Expenses          138.16 | <br><br><br>3110-000<br>3120-000 | | 18,572.66 | 126,368.85 |
| 09/30/08 | 18 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 22.74 | | 126,391.59 |
| 10/31/08 | 18 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 22.96 | | 126,414.55 |
| 11/28/08 | 18 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 20.72 | | 126,435.27 |

Page Subtotals          126,803.45          48,393.66

Ver: 16.02a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          05-48548  -PSH
Case Name:     JOHNSON, GEORGE H
                        JOHNSON, LENNISE
Taxpayer ID No: *******6070
For Period Ending: 03/31/11

Trustee Name:                               Frances Gecker
Bank Name:                                   BANK OF AMERICA
Account Number / CD #:              *******5078  MONEY MARKET

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/08 | 18 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 12.71 | | 126,447.98 |
| 01/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 2.14 | | 126,450.12 |
| 02/04/09 | 001004 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond | 2300-000 | | 148.99 | 126,301.13 |
| 02/27/09 | 18 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.94 | | 126,303.07 |
| 03/31/09 | 18 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 2.15 | | 126,305.22 |
| 04/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.19 | | 126,310.41 |
| 05/29/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,315.77 |
| 06/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.20 | | 126,320.97 |
| 07/31/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,326.33 |
| 08/31/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,331.69 |
| 09/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.19 | | 126,336.88 |
| 10/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,342.24 |
| 11/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.20 | | 126,347.44 |

Page Subtotals                          61.16                148.99

Ver: 16.02a

Page:   4

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 05-48548  -PSH | Trustee Name: | Frances Gecker |
| Case Name: | JOHNSON, GEORGE H | Bank Name: | BANK OF AMERICA |
| | JOHNSON, LENNISE | Account Number / CD #: | *******5078  MONEY MARKET |
| Taxpayer ID No: | *******6070 | | |
| For Period Ending: | 03/31/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.37 | | 126,352.81 |
| 01/29/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,358.17 |
| 02/08/10 | 001005 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 109.33 | 126,248.84 |
| 02/26/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 4.84 | | 126,253.68 |
| 03/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.37 | | 126,259.05 |
| 04/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.19 | | 126,264.24 |
| 05/28/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.35 | | 126,269.59 |
| 06/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.20 | | 126,274.79 |
| 07/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,280.15 |
| 08/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.37 | | 126,285.52 |
| 09/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.19 | | 126,290.71 |
| 10/29/10 | 18 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.36 | | 126,296.07 |
| 11/17/10 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.77 | | 126,298.84 |

Page Subtotals         60.73         109.33

Ver: 16.02a

FORM 2                                                                                                    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-48548 -PSH | |
| Case Name: | JOHNSON, GEORGE H | |
| | JOHNSON, LENNISE | |
| Taxpayer ID No: | *******6070 | |
| For Period Ending: | 03/31/11 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5078  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/17/10 | | Transfer to Acct #*******5829 | Final Posting Transfer | 9999-000 | | 126,298.84 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 176,996.21 | 176,996.21 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 126,298.84 | |
| Subtotal | | 176,996.21 | 50,697.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 176,996.21 | 50,697.37 | |

Page Subtotals                        0.00              126,298.84

Ver: 16.02a

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-48548  -PSH | |
| Case Name: | JOHNSON, GEORGE H | |
| | JOHNSON, LENNISE | |
| Taxpayer ID No: | *******6070 | |
| For Period Ending: | 03/31/11 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******5829  GENERAL CHECKING | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | | Transfer from Acct #*******5078 | Transfer In From MMA Account | 9999-000 | 126,298.84 | | 126,298.84 |
| 01/13/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 12,099.40 | 114,199.44 |
| 01/13/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br><br>Fees     19,360.00<br>Expenses   118.99 | <br><br><br>3110-000<br>3120-000 | | 19,478.99 | 94,720.45 |
| 01/13/11 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other<br><br><br>Fees    4,084.40<br>Expenses   22.29 | <br><br><br>3410-000<br>3420-000 | | 4,106.69 | 90,613.76 |
| 01/13/11 | 001003 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 121%<br><br><br>Claim    763.41 | <br><br><br>7100-000 | | 921.25 | 89,692.51 |

Page Subtotals     126,298.84    36,606.33

Ver: 16.02a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2                                                                                                          Page:  7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                  Exhibit 9

| | |
|---|---|
| Case No: | 05-48548  -PSH |
| Case Name: | JOHNSON, GEORGE H |
| | JOHNSON, LENNISE |
| Taxpayer ID No: | *******6070 |
| For Period Ending: | 03/31/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5829  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest          157.84 | 7990-000 | | | |
| 01/13/11 | 001004 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000002, Payment 121% | | | 1,229.85 | 88,462.66 |
| | | | Claim          1,019.14 | 7100-000 | | | |
| | | | Interest          210.71 | 7990-000 | | | |
| 01/13/11 | 001005 | The Collins Law Firm 1770 North Park Street Suite 200 Naperville, IL 60563 | Claim 000003, Payment 121% | | | 2,515.77 | 85,946.89 |
| | | | Claim          2,084.73 | 7100-000 | | | |
| | | | Interest          431.04 | 7990-000 | | | |
| 01/13/11 | 001006 | American Express Travel Related Services Co, Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000004, Payment 121% | | | 1,962.72 | 83,984.17 |
| | | | Claim          1,626.44 | 7100-000 | | | |
| | | | Interest          336.28 | 7990-000 | | | |
| 01/13/11 | 001007 | American Express Travel Related Services Co, Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000005, Payment 121% | | | 905.07 | 83,079.10 |
| | | | Claim          750.00 | 7100-000 | | | |
| | | | Interest          155.07 | 7990-000 | | | |

Page Subtotals                                          0.00          6,613.41

Ver: 16.02a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-48548  -PSH | | | Trustee Name: | Frances Gecker | |
| Case Name: | JOHNSON, GEORGE H | | | Bank Name: | BANK OF AMERICA | |
| | JOHNSON, LENNISE | | | Account Number / CD #: | *******5829  GENERAL CHECKING | |
| Taxpayer ID No: | *******6070 | | | | | |
| For Period Ending: | 03/31/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/11 | 001008 | American Express Travel Related Svcs Co Inc Corp C<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 121%<br><br><br>Claim          2,348.11<br>Interest          485.49 | <br><br><br>7100-000<br>7990-000 | | 2,833.60 | 80,245.50 |
| 01/13/11 | 001009 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 121%<br><br><br>Claim          9,681.21<br>Interest          2,001.66 | <br><br><br>7100-000<br>7990-000 | | 11,682.87 | 68,562.63 |
| 01/13/11 | 001010 | LVNV Funding LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 121%<br><br><br>Claim          2,475.43<br>Interest          511.81 | <br><br><br>7100-000<br>7990-000 | | 2,987.24 | 65,575.39 |
| 01/13/11 | 001011 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000009, Payment 121% | | | 554.21 | 65,021.18 |

Page Subtotals                    0.00          18,057.92

Ver: 16.02a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

Page:   9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-48548  -PSH | | | Trustee Name: | Frances Gecker | |
| Case Name: | JOHNSON, GEORGE H | | | Bank Name: | BANK OF AMERICA | |
| | JOHNSON, LENNISE | | | Account Number / CD #: | *******5829  GENERAL CHECKING | |
| Taxpayer ID No: | *******6070 | | | | | |
| For Period Ending: | 03/31/11 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim          459.25 | 7100-000 | | | |
| | | | Interest          94.96 | 7990-000 | | | |
| 01/13/11 | 001012 | Portfolio Recovery Associates, LLC. c/o Encyclopedia Britannica Account POB 41067 NORFOLK VA 23541 | Claim 000010, Payment 121% | | | 287.22 | 64,733.96 |
| | | | Claim          238.01 | 7100-000 | | | |
| | | | Interest          49.21 | 7990-000 | | | |
| 01/13/11 | 001013 | Portfolio Recovery Associates, LLC. c/o Wells Fargo Bank Nevada POB 41067 NORFOLK VA 23541 | Claim 000011, Payment 121% | | | 6,953.59 | 57,780.37 |
| | | | Claim        5,762.21 | 7100-000 | | | |
| | | | Interest        1,191.38 | 7990-000 | | | |
| 01/13/11 | 001014 | CARRINGTON MORTGAGE SERVICES, LLC 1610 E. St. Andrew Place Suite B150 Santa Anna, CA  92705 | Claim 000012, Payment 100% | 7400-000 | | 57,780.37 | 0.00 |

Page Subtotals              0.00           65,021.18

Ver: 16.02a

FORM 2                                                                                                           Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                 Exhibit 9

Case No:          05-48548  -PSH                        Trustee Name:              Frances Gecker
Case Name:        JOHNSON, GEORGE H                     Bank Name:                 BANK OF AMERICA
                  JOHNSON, LENNISE                       Account Number / CD #:     *******5829  GENERAL CHECKING
Taxpayer ID No:   *******6070
For Period Ending: 03/31/11                             Blanket Bond (per case limit):  $  5,000,000.00
                                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 126,298.84 | 126,298.84 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 126,298.84 | 0.00 | |
| | | | Subtotal | | 0.00 | 126,298.84 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 126,298.84 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******5078 | 176,996.21 | 50,697.37 | 0.00 |
| GENERAL CHECKING - ********5829 | 0.00 | 126,298.84 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 176,996.21 | 176,996.21 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

                    /s/      Frances Gecker
Trustee's Signature: _____   Date: _____
                    FRANCES GECKER

                                                                              Page Subtotals          0.00          0.00

                                                                                                        Ver: 16.02a